IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

PAMELA J. FLETCHER,                )
                                   )
v.                                 )       1:10-0112
                                   )
MICHAEL J. ASTRUE, Commissioner of )
Social Security                    )

**O R D E R**

The Court has read and considered Defendant's Motion For Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g), With Remand To Defendant, Document #19, and Defendant's Memorandum in Support of Motion, Document #20. As set forth in Defendant's Motion, Plaintiff 's counsel has been contacted and he has no objection.

Defendant's Motion to Remand, Document #19, is **GRANTED**, and this case is reversed and remanded to determine whether claimant has a severe heart impairment, and to reassess credibility, residual functional capacity, and step five findings. Plaintiff's Motion for Summary Judgment, Document #17, is DENIED as moot.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge